### GILBERT *v.* STATE.

WYATT, Justice. The only error assigned is the judgment overruling the motion for a new trial. The motion being based on the general grounds only, and an examination of the record disclosing that the evidence supports the verdict, and that the verdict has received the approval of the trial judge, the judgment refusing a new trial will not be disturbed. *McPhail* v. *State,* 116 *Ga.* 599 (42 S. E. 1001); *Bird* v. *State,* 150 *Ga.* 749 (105 S. E. 298); *Stafford* v. *State,* 176 *Ga.* 845 (169 S. E. 110); *Collins* v. *State,* 193 *Ga.* 177 (17 S. E. 2d, 725).

*Judgment affirmed. All the Justices concur.*

No. 14930. SEPTEMBER 7, 1944.

*George W. Garrett* and *John Bloodworth*, for plaintiff in error.
*T. Grady Head, attorney-general, Charles H. Garrett, solicitor-general,* and *Victor Davidson, assistant attorney-general,* contra.